Bill Carmody (NY Bar 4539276)**
SUSMAN GODFREY L.L.P.
1301 Avenue of the America's 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Joseph Grinstein (TX Bar 24002188)**
Shawn Blackburn (TX Bar 24089989)*
Taylor C. Hoogendoorn (TX Bar 24130794)**
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366

Amanda K. Bonn (CA Bar 270891)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100

*Pro hac vice application pending
**Pro hac vice application approved
**Attorneys for Plaintiff Promosome LLC**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMOSOME LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PFIZER INC., BIONTECH SE, and BIONTECH MANUFACTURING GMBH<br><br>　　　　Defendants. | Case No. 3:23-cv-1048-JES-MMP<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. James E. Simmons, Jr.<br>Ctrm:　4B<br><br>Magistrate: Hon. Michelle M. Pettit<br>Ctrm:　　　TBD<br><br>Date Filed: June 6, 2023 |

1  Plaintiff/Counterclaim-Defendant Promosome LLC represents and warrants that Promosome LLC is the exclusive licensee holding all substantial rights to U.S. Patent No. 8,853,179 ("the '179 patent"), including the right to assert all causes of action under the '179 patent and the exclusive right to remedies obtained on the '179 patent. Promosome LLC further represents and warrants that Promosome LLC has the right to grant the covenant in this stipulation.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Promosome LLC and Defendants/Counterclaim-Plaintiffs Pfizer Inc., BioNTech SE, and BioNTech Manufacturing GmbH (the "Parties") hereby stipulate to the dismissal of this action in its entirety, including all claims, counterclaims, and defenses asserted therein by any party. The Parties stipulate that the Parties will each bear their own costs, fees, and expenses associated with this lawsuit.

The Parties further stipulate that (i) Promosome LLC covenants not to assert the '179 patent against Defendants or any of their products, including COMIRNATY®; (ii) Promosome LLC's claims are dismissed with prejudice; (iii) Pfizer Inc., BioNTech SE, and BioNTech Manufacturing GmbH's claims for costs, fees, or expenses incurred with respect to this litigation prior to the date of this notice are dismissed with prejudice; and (iv) all other claims, counterclaims, or defenses of Defendants in this action are dismissed without prejudice.

Dated: October 4, 2023              SUSMAN GODFREY L.L.P.

By: /s/ Amanda K. Bonn

Amanda K. Bonn (CA Bar 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | Bill Carmody (NY Bar 4539276)*                                  |
| 2   | bcarmody@susmangodfrey.com                                      |
| 3   | SUSMAN GODFREY L.L.P.                                           |
|     | 1301 Avenue of the Americas, 32nd Floor                    |
| 4   | New York, New York 10019                                        |
| 5   | Telephone: (212) 336-8330                                       |
|     | Facsimile: (212) 336-8340                                       |
| 6   |                                                                 |
| 7   | Joseph Grinstein (TX Bar 24002188)**                            |
|     | jgrinstein@susmangodfrey.com                                    |
| 8   | Shawn Blackburn (TX Bar 24089989)*                              |
| 9   | sblackburn@susmangodfrey.com                                    |
|     | Taylor Hoogendoorn (TX Bar 24130794)**                          |
| 10  | thoogendoorn@susmangodfrey.com                                  |
| 11  | SUSMAN GODFREY L.L.P.                                           |
|     | 1000 Louisiana Street, Suite 5100                               |
| 12  | Houston, Texas 77002                                            |
| 13  | Telephone: (713) 651-9366                                       |
|     | Facsimile: (713) 654-6666                                       |
| 14  |                                                                 |
| 15  | *Pro hac vice application pending*                              |
|     | **Pro hac vice application granted*                             |
| 16  | **Attorneys for Plaintiff Promosome LLC**                       |
| 17  |                                                                 |
| 18  | By: */s/ David J. Noonan*                                       |
| 19  |     DAVID J. NOONAN                                             |
| 20  |                                                                 |
|     | NOONAN LANCE BOYER & BANACH                                     |
| 21  | David J. Noonan                                                 |
| 22  | 701 Island Avenue, Suite 400                                    |
|     | San Diego, CA 92101                                             |
| 23  | Telephone: 619-780-0880                                         |
| 24  | Facsimile: 619-780-0877                                         |
| 25  | WILLIAMS & CONNOLLY LLP                                         |
|     | Thomas H. L. Selby*                                             |
| 26  | Stanley E. Fisher*                                              |
| 27  | 725 Twelfth Street, N.W.                                        |
| 28  |                                                                 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
*Pro hac vice *application forthcoming

*Attorneys for Defendant*
*Pfizer, Inc.*


By:  */s/ Christopher H. McGrath*
CHRISTOPHER H. McGRATH

PAUL HASTINGS LLP
Christopher H. McGrath (SBN 149129)
chrismcgrath@paulhastings.com
695 Town Center Drive, 17th Floor
Costa Mesa, CA 92626
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Bruce M. Wexler*
brucewexler@paulhastings.com
Eric W. Dittmann*
ericdittmann@paulhastings.com
Scott F. Peachman*
scottpeachman@paulhastings.com
Mi Zhou*
mizhou@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
* *Pro hac vice* application forthcoming

*Attorneys for Defendants*
*BioNTech SE and BioNTech*
*Manufacturing GmbH*

4    Case No. 3:23-cv-1048-JES-MMP
STIPULATION OF DISMISSAL

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I electronically filed the foregoing **STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Amanda K. Bonn*
Amanda K. Bonn (CA Bar 270891)
abonn@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150